**John T. KOWALIK, Respondent,**

v.

**MARTINSON CONSTRUCTION, Uninsured, Respondent,**

and

**Schuett Construction, Uninsured, Respondent,**

and

**Minnesota Department of Human Services and HealthPartners, Inc., Intervenors,**

and

**Special Compensation Fund, Relator.**

No. A04–1436.

Supreme Court of Minnesota.

Oct. 27, 2004.

Edward Q. Cassidy, Karen M. Charlson, Felhaber Larson Fenlon & Vogt, St. Paul, MN, for Relator.

Ronald Drewski, Drewski & Lindberg, Sauk Rapids, MN, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 8, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/ Russell A. Anderson
Associate Justice

MEYER, J., took no part in the consideration or decision of this case.